**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 98-2761**

—————————

GENE SMELCER,

                                    Plaintiff - Appellant,

        versus

MOTEL 6, Operating LP,

                                    Defendant - Appellee.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, District
Judge.  (CA-97-2345-2-23)

—————————

Submitted:  May 13, 1999              Decided:  May 18, 1999

—————————

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Gene Smelcer, Appellant Pro Se.  C. Mitchell Brown, NELSON, MUL-
LINS, RILEY & SCARBOROUGH, Columbia, South Carolina; Cherie W.
Blackburn, NELSON, MULLINS, RILEY & SCARBOROUGH, Charleston, South
Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gene Smelcer filed an untimely notice of appeal. We dismiss for lack of jurisdiction. The time periods for filing notices of appeal are governed by Fed. R. App. P. 4. These periods are "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)). Parties to civil actions have thirty days within which to file in the district court notices of appeal from judgments or final orders. Fed. R. App. P. 4(a)(1). The only exceptions to the appeal period are when the district court extends the time to appeal under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6).

The district court entered its order on October 27, 1998; Smelcer's notice of appeal was filed on November 30, 1998, which is beyond the thirty-day appeal period. Smelcer's failure to note a timely appeal or obtain an extension of the appeal period leaves this court without jurisdiction to consider the merits of his appeal. We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED